# Third District Court of Appeal
## State of Florida

Opinion filed March 9, 2022.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D21-978
Lower Tribunal No. 17-1202

————————

**Credo LLC,**
Appellant,

vs.

**Old Republic National Title Insurance Company, etc., et al.,**
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, Oscar Rodriguez-Fonts, Judge.

Roniel Rodriguez IV, P.A., and Roniel Rodriguez IV, for appellant.

Levine Kellogg Lehman Schneider + Grossman LLP, and Stuart I. Grossman, Matthew J. McGuane, and Anthony (Tony) Bell, for appellee Old Republic National Title Insurance Company.

Before FERNANDEZ, C.J., and LOGUE, and HENDON, JJ.

PER CURIAM.

Affirmed.